IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY AUGUSTUS GARDNER,<br><br>    Petitioner,<br><br>vs.<br><br>A. P. KANE, Warden,<br><br>    Respondent. | No. C 05-01538 JW (PR)<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(Docket No. 14) |

Petitioner has filed a notice of appeal which the Court construes as including a request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability (Docket No. 14) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

The clerk shall forward to the Court of Appeals the case file with this order. <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: January 18, 2008

JAMES WARE
United States District Judge

Order Denying Motion for COA
P:\PRO-SE\SJ.JW\HC.05\Gardner1538_denyCOA.wpd